# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SAMMY D. MASSEY, <br><br> Plaintiff, <br> v. <br><br> DIVERSIFIED ADJUSTMENT SERVICE, INC., <br><br> Defendant. | Case No. 1:18-cv-03495 <br><br> Honorable Judge Jorge L. Alonso |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, SAMMY D. MASSEY, and the Defendant DIVERSIFIED ADJUSTMENT SERVICE, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against DIVERSIFIED ADJUSTMENT SERVICE, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: August 22, 2018  Respectfully Submitted,

**SAMMY D. MASSEY**  **DIVERSIFIED ADJUSTMENT SERVICE, INC**

/s/ Nathan C. Volheim  /s/ Patrick D. Newman (*with consent*)
Nathan C. Volheim  Patrick D. Newman
*Counsel for Plaintiff*  *Counsel for Defendant*
Sulaiman Law Group, LTD  Bassford Remele
2500 S. Highland Avenue, Suite 200  100 South 5th Street, Suite 1500
Phone: (630) 575-8181  Minneapolis, MN 55402-1254
Fax :( 630) 575-8188  Phone: (612) 376-1632
nvolheim@sulaimanlaw.com  pnewman@bassford.com